UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | NO:  DR:25-CR-02408(1)-EG |
| (1) ESMERALDA GUADALUPE HERNANDEZ-TULA | § | |

### ORDER OF REFERRAL

The Court hereby ORDERS that the above-styled case is referred to the **Honorable JOSEPH A. CORDOVA**, United States Magistrate Judge for the purpose of rearraignment/plea.

**Plea is set for January 26, 2026 @ 10:00 a.m.**

SIGNED this 11th day of December, 2025

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE